Stacey M. Harp (Full Name)
staceyharp@yahoo.com (Email Address)
General Delivery (Address Line 1)
Cypress, CA 90630 (Address Line 2)
714-715-5069 (Phone Number)
Plaintiff in Pro Per
(indicate Plaintiff or Defendant)

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 12 2025
CENTRAL DISTRICT OF CALIFORNIA
BY DVE DEPUTY

IFP Submitted

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Stacey Harp,
**PLAINTIFF,**
**vs.**
OCTA (Orange County Transit Authority)
**DEFENDANT(S).**

**Case No.:** 8:25-cv-01266-JVS-(ADSx)
(To be supplied by the Clerk)
**COMPLAINT FOR:**

**Jury Trial Demanded:** ☐ Yes ☐ No

# I. JURISDICTION

1. This Court has jurisdiction under Subject Matter Jurisdiction "The Orange County Transportation Authority is subject to and operates in accordance with numerous Federal laws, particularly those related to transportation, civil rights and accessibility." (1950) Other Federal Cases

*Revised: October 2023*
*Form Prepared by Public Counsel*
*© 2010, 2023 Public Counsel. All Rights Reserved.*

## II. VENUE

2. Venue is proper pursuant to county where the events giving rise to the claim occurred.

## III. PARTIES

3. Plaintiff's name is Stacey Harp. Plaintiff resides at: General Delivery Cypress, CA 90630

4. Defendant OCTA - Orange County Transportation Authority Headquarters 550 S. Main Orange, CA 92868

5. Defendant

___. Defendant ______________________________

*Insert ¶ #*

___. Defendant ______________________________

*Insert ¶ #*

___. Defendant ______________________________

*Insert ¶ #*

___. Defendant ______________________________

*Insert ¶ #*

# IV. STATEMENT OF FACTS

___. Insert ¶ # Persistent harassment, injury and theft since my arrival in Orange County in 2015. The first theft occurred on October 28, 2015. I was not receiving social services benefits when this theft happened and I was left with only the clothes I had on at the time. On October 28 I boarded OCTA 42 from Seal Beach and I exited at Beach and Lincoln. I immediately realized as the bus pulled away my suitcase was still on

___. Insert ¶ # board. I called OCTA's loss prevention at the spot where I exited the bus but my property was not recovered On November 15, 2015, eighteen days later, I was physically injured requiring medical attention. It is my belief my tax return was then intercepted to pay for this CAL Optima claim in the amount of $1040.00. 1040 tax form and 10 (ten) to 40 (forty) equals 30 (thirty) Orange Co. Code I have reported countless accounts of harassment and facilitation linked

___. Insert ¶ # to bus service. I have had two bikes stolen for then a reduction in my socials services available benefits for fare I should not have incurred. I have contacted the Orange Co. Grand Jury on more than one occassion seeking their assistance to stop the persistent insult, injury + harassment due to the Orange County trafficking syndicate. I have been intentionally struck by a water bottle and physically

Insert ¶ # ___. assaulted by a driver instigating with other passengers. On April 21, 2025 I fell when I boarded OCTA 50 #2170 at Cedar and Katella. 6:45am. 170 equals intentional and someone had supposedly "spilled" their coffee which had not been cleaned up. I went down on my right knee and on April 25, 2025 had x-rays taken due to pain I still suffered. On February 22, 2015 due to Louisville Metro PD facilitation I

Insert ¶ # ___. had a metal rod placed in my right leg and a screw in my ankle. At the Louisville FBI when reporting my son kidnapped two agents told me "they don't handle kidnappings, only terror attacks." My lawsuit against the Louisville FBI stands and my last name is not Hom as your court suggested, another lawsuit for Judge facilitation + injury. I have three boys, but only knew of one until 2014. I am fighting for Zachary, Zach and Zack and have countless other lawsuits to pursue including one against

Insert ¶ # ___.

Westview for the solicitation of one my boys masked just before Christmas 2023 Garden Grove PD, Stanford Park. (S+P) Solicitation and prostitution.

# V. CAUSES OF ACTION

## FIRST CAUSE OF ACTION

( Duty of Care )
*insert title of cause of action*

**(As against Defendant(s):** OCTA )

___. *Insert ¶ #* Safe Vehicle Operation - Governor set so the actual speed may be undisclosed. A passenger should not be thrown from a seat across the bus when a pot hole is encountered on a freeway onramp. (See attached for additional)

___. *Insert ¶ #* Passenger Safety - A bus driver owes a higher duty of care to protect passengers from assaults by fellow passengers

___. *Insert ¶ #* Passengers do not need to be inside the bus for the higher duty of care to apply. Solicitation at bus stops.

## SECOND CAUSE OF ACTION

(Breaches of Duty of Care)
*insert title of cause of action*

(As against Defendant(s): OCTA )

___. Negligent Driving
*Insert ¶ #*

___. Bus Driver Qualifications
*Insert ¶ #*

___. Bus Driver's Record
*Insert ¶ #*

**THIRD CAUSE OF ACTION**

(Breaches of Duty of Care)

*insert title of cause of action*

**(As against Defendant(s):** OCTA

)

___. *Insert ¶ #* Company's negligent supervision

___. *Insert ¶ #* Poor maintenance

___. *Insert ¶ #*

**FOURTH CAUSE OF ACTION**

( Causation )
*insert title of cause of action*

**(As against Defendant(s):** OCTA )

___. Stress + Distress, Defamation
*Insert ¶ #*

___. Physical injury and unnecessary expenses incurred through bus patron and driver facilitation
*Insert ¶ #*

___. Interstate trafficking, sexual harassment and insult
*Insert ¶ #*

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

__. An attorney to further address lawsuits + concerns.
Insert ¶ #

__. Onboarding which started internal daily assault and rape on December 11, 2014 to be turned off. No more stagings. 1211 the address to Anaheim Regional + full disclosure ~~to~~ from OCTA injury accidents that pulled me to California.
Insert ¶ #

__. Financial accountability for the loss of my property, loss of use + interest, fare returned should not have incurred - maximum amount by law to be discussed w/lawyer and payment of all fees + time incurred to address this and no dependency claims for their payment of my injury suits, no links, no motivations, etc.
Insert ¶ #

__.
Insert ¶ #

Dated: ____________________

*Sign:* ____________________

*Print Name:* ____________________

# DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: ______________________________

*Sign:* ______________________________

*Print Name:* ______________________________

4831-5981-9291, v. 1

On November 5, 2015 I had my property stolen from OCTA bus 42, the bus left from Seal Beach. I exited the bus at Beach and Lincoln. Immediately from that spot at Beach and Lincoln I called OCTA and I was connected to their Lost and Found. My property was not returned. On November 15, 2015 I then suffered an injury after being thrown from my seat while on OCTA 50 after the bus hit a significant pot hole. This happened at the on ramp of Freeway 22. My forehead was split open, I had thought it would be ok and I declined the offer from the driver for an ambulance. When the bleeding would not stop, I went to the Veteran's Hospital to ask their opinion and they sent me to a neighboring hospital in a cab. My forehead was glued back together. I have written up an incident involving the kidnapping of my sons and trafficking facilitation on January 14, 2017. On September 11, 2017 I submitted another facilitation issue to OCTA. On September 18, 2017 my bike was stolen and not returned. I used bus transportation briefly, and then I bought a replacement bike. I could not stand being back on the bus again and the interference in my time in regards to bus schedules. My second bike was then stolen on November 27, 2017. It is my firm belief that my bikes were stolen to incur a debt for fare I should not have owed on OCTA, and for media exploitation of my personal circumstances including rape, the kidnapping of my sons, the theft of our Poodle Taffy and the homicide of Rialto Kitten Harp who was murdered at six months old.In enclosed disclosure you will review countless accounts of ongoing facilitation and harassment while aboard OCTA buses. I have contacted the Orange County Grand Jury on more than one occasion requesting their assistance in getting this stopped. On June 12, 2023 I was physically assaulted and again on June 14, 2023. Most recently, on April 21, 2025, I suffered another physical injury. I fell on the way to my seat after boarding OCTA 50, #2170. 2170 equals two hundred and fifty, and two hundred and fifty is a fee for Rico fines, and food stamps fines which I don't owe. On April 1, 2025 Social Services voided a new EBT Edge card which is twenty days before the fall on OCTA 50.

**Notice the use of the word and my X-rays following my fall on April 21, 2025 include the word "Spot" on my back X-ray.

**V. (5) Causes of Action** (Rialto Kitten Harp would have been five years old on May 26, 2025) I was five in 1980, Prudential addendum and address changed from 9208 Le Beau Ct. to 9205 Le Beau Ct. 5/19 Brian Minton's birthday and 80 equals ransom, kidnapped, letter, escort, policy, Tyler, Gingerich, Roe born, etc. 57 Steal, Chris, Eugene, JuLIE, year M. Harp born / 80. (575) 525 = 50 Aldi Store, Drugs, Cocaine, Apple, Fraud, Michael, Paul.

510 Oakland, CVS Beach and 98 County, Jefferson, Tasha Orban. 51098 $5 million their theft / 100k / 1198 Optum Seal Beach. 598 Budget Law Phone. 28 Bank, Mack and Air.

***Duty of Care***:

**Safe Vehicle Operation**

OCTA may have the Governor's set so the actual speed may be undisclosed. A passenger should not be thrown from a seat across the bus when a pot hole is encountered on an onramp to a Freeway. When a governor is used, it reduces the speed of the vehicle in motion. However, in this case it may be the opposite. The governor may stop indicating the real speed on the speedometer, indicating less than the bus was going while still increasing speed.

Override: 636-Ride ORR (DeOrr Kunz) Ride (Re: ID) Davis Reed / IE 95 Chrysalis, The Serena, Emergency, Supplemental EBT Deposits.VE 225 Charles Boney ID 5. ($2 million their theft, 255 Customer Service number 7-11 and Public Defender San Bernardino) 5/2 date Risk Management letter regarding fall on 4/21/25.

While speed limiters are designed to prevent exceeding the set speed, most models can be temporarily overridden, typically by pressing the accelerator pedal hard. (PH) 168 (48 sex, abuse, crime, son, Donna, James, Los Al PD) 120 Security, Premediated, 19 Covid. (216) 16 digit EBT cards and 9/21 first visit at 1711 Katella Urgent Care. 1711 formerly Chase Bank.

TO (TB) PTA (PH) / PH and TAP, Metro / Transitional Assistance Program Riverside Social Services. (MTA) PRSS. (PSS) vs DPSS / R 18 LBPD 38338.

**A Bus Driver Must Make Sure That Passengers are Safe**

California Civil Code Section 2011 states that:"[a] carrier of persons for reward must use the utmost care and diligence for their safe carriage, must provide everything necessary for that purpose, and must exercise to that end a reasonable degree of skill.

(Year 2011 Internal Code Violation Staged Us To Move To Florida) Walgreens, Balance Rewards / 7-11 Rewards, etc. UT (CA Taxes mailed, Mitt Romney, CD (Rom) internal onboarding for malice, staging of people, etc. (Ut)most (Diligence) GEN, OCTA fare box. Degree of Skill, DOS(S) High School Louisville, Karin Cooper / Jason Stinson and Max Gilpin Hollywood Facilitation.

Even the slightest deviation from the obligation to transport passengers safely can make a driver liable for injuries sustained by passengers. This means that a bus driver must be very careful while driving the bus and serving its patrons. This duty is stricter than a duty imposed on an ordinary driver. Thus, even the slightest deviation from the obligation to transport passengers safely can make a driver liable for injuries sustained by passengers.

(Slightest Deviation, SD equals Shirley DeZarn, school bus driver – her negligence, kite scam?) SD on sewer caps Los Alamitos, 194 food stamps since 2015. 195 = 75 ELS jersey before kidnapped, Rialto, 4201, 4/21 fall on OCTA 50, 2025 and 4/21 Taffy attack that started on OCTA 42. 1957 M. Harp born and 5 name, prison / 10. School Bus Driver, transporting kidnapped children? Trafficking? 10104. (105) 10209, 1011 Accurate Storage. 10/29 Richie birthday, Rollnick RV? 290 IRS San Bernardino, Anaheim Jobs, Zachary Harp, Zach Harp, Zack Harp. (SUS, Sullivan Debit Cards) Sustained. (Sued) Stain.

Former Chief of Police Steven Conrad, LMPD in KY letter dated July 14, 2015. 714 area code here and premediated (120) intent to pull me to CA. "Your son is safe." Stated in letter. Safe equals thirty-one, which equals cash, Gene and Garda. (GG) 77 felony, court (12077) 207 San Francisco PD kidnap code, 17 FBI, M. Harp age my birth certificate after my adoption in 1985 at the age of 10. 207 and 10 = 217 Bus Pass bought last weekend on OCTA 46, May 25, 2025 and 217 is the phone number to new construction, Center CAL. 102 = 8 and 17 = 5 / 85 year my age 10 and Jeff Hiatt, Minton, Steven. (3100 Helmsdale?) 31 Cash X 100k their theft $1 million?

**Duty to Protect From Other Passengers**

A bus driver owes a higher duty of care to protect passengers from assaults by fellow passengers. This duty is imposed if the bus driver knew or by using the highest care, should have known of the potential assault; and the driver – by using the highest care, could have prevented the assault.

Drivers need to be better educated on how to address passengers with abuse circumstances, restraining orders, etc. The drivers have limited knowledge of this and would not have proficient knowledge because they promote human trafficking and slavery with their slogan, "We will help you out." On more than one occasion I was made to exit a bus because of a persistent offender who I wanted a restraining order against. A customer with safety concerns who is being terrorized state to state, should not be the one made to exit the bus late at night and wait for the next bus.

Sexual harassment by drivers and passengers. (HB) SD (AP) Huntington Beach, Shirley DeZarn, Associated Press. 107, DAP(PER) / Pad (Julie Menstrual Pads) JMP 10/13 Curtis DeZarn's birthday, P 16 Camm lied, 16 digit EBT. (32) 5/6.

(SH) 198 Lincoln Citi Bank 78 (120 Security) 27 EBT, Jeff. (522 Main Chrysalis, Chester plate) Typo, Cheser, Ms. Chesser Christian Academy, Rock Creek. S 19 Cvid. (727 Boeing) 700 EM Water Bill, Derek Wilson's rent before prison.

Daily harassment through code over fare payment. Daily pull through drivers. Drivers equals ninety-five the year my age was twenty, and twenty-one is the age of a policy owner for insurance fraud. IF, Illumination Foundation, Incompetent Facilitation. Twenty-One, Whitehouse Jersey on J-town PD website after kidnapped. Conrad's secretary, Ms. Whitehouse. (CS on G&M receipt today, cash balance) CB on Semi, Peagus driver facilitation as OCTA drivers? (CS, Conrad's Secretary) 319, 37 OCTA assault, hit, Baker, India. 40 Abdul, rape, food, US and HB elevation, social security credits. CS 22 Freeway, my forehead injury?

At least four physical assaults, and several verbal assaults. Persistent staging of people law enforcement have been made aware are unacceptable, rub in mentality and "ha, ha, ha" because they fail to properly assist with legal law and they only succeed in facilitation harassment, cruelty, etc. Uncredentialed law enforcement, security officers, with the same mindset as OCTA. Escort seeking, prostitution facilitation and dependency, cult driven joiner mentality. (CD) Internal code, 34 Ellis exit, Kin, OCTA Cities, hate. "You must accept us, and failure on their part to realize not everyone wants to be included in their cult.

**Passengers Do Not Need To Be Inside The Bus**

A passenger does not need to be inside the bus for the higher duty of care to apply. The duty is imposed at the moment a bus company or its driver agrees to accept a member of the public as a passenger. For instance, the higher duty of care applies even in situations where the passenger has not boarded a bus and is sitting in a waiting room of a bus depot. Similarly, the higher duty of care does not end when the passenger gets off the bus. It only ends when the passenger is dropped off in a safe place.

Solicitation at bus stops intentionally staged. I have reported plate numbers.

***Breaches of Duty of Care:***

**Negligent Driving:**

A bus driver speeding or failing to yield at an intersection, causing an accident and injuries to passengers, is a breach of the duty of care.

For instance, if the bus driver stops the vehicle abruptly and thereby causes a passenger to fall out of the seat, the bus driver may be held to have violated his or her duty of care.

OCTA wants me held accountable for being thrown across the bus because my eyes were closed, they have proven I can be thrown from my seat with my eyes open.

(EO) Equal Opportunity, to these people equal opportunity is not for employment but prostitution. I am not going to be a part of their mindset, and I don't condone their lifestyles including coding, cloning, prostitution, escorting, etc. They persist in facilitation to injure me. Per the onboarding, I am "not acceptable" as a human being for not joining their cult or accepting them into my personal life, association, etc. Hate crime facilitation because I am not a lesbian or bi-sexual. "Negligent Driving", because I don't want a female or a male to perform oral sex on me.

**Bus driver's qualifications** – just because a driver is required to have certain credentials and licenses, doesn't mean the rule for such requirement is always enforced.

OCTA requirements in 2015 to become a bus driver included a two-year licensure in the state of California without infraction before application. I think there is a significant issue with passenger transportation in Orange County, and drivers who are Interstate Trafficking without proper credentials.

**Bus driver's record** – negligent hiring or entrustment can be argued if the driver has had a bad driving record such as previous tickets, accidents, and other factors. Inadequate training, lack of driving experience, in general, are all calls for an investigation.

Per onboarding, OCTA fires drivers and then allows them to then drive again on their buses through First Transit. (FT) Funds Transfer, 620 Buena Park zip. 14 kidnapped, dead / 28 Bank, Mack and Air. (Heir)? H = 8 for money Eugene Newby, Edge EBT Cards / Hedges Oldham County, KY. NTY (T Hit on Rialto, NY) 225 Charles Boney, 110 Kentucky, Solicitation, Christmas, staged packaging calories. 220 / 511 (6 rape) 5/2 date Risk Management letter from OCTA following fall on April 21, 2025. FT (26 APD, Dog) 52 Indiana, LA Jacob and Heart. (Driver's Record, DR 418 credit PD) 100k their theft $1 million, 518 Stanton Food 4 Less. 36 scam, child, KY, Stanton Library, law. 156. 111 Taffy Harp, half million, Mack McCarty / 130 Vons, Zach Aaron Harp, Logan Brawner, etc.

**Company's negligent supervision** – can also be argued if the bus driver was not supervised properly. Factors such as lack of disciplinary actions and driver fatigue can affect the outcome of proving negligence.

Persistent onboarding facilitation "they will be fired.", only to see the same driver again another day on another bus. No follow through on corrective actions to employees. It should be a significant insurance liability for a driver terminated from employment with OCTA to still drive their buses under another employer. (PO, Persistent Offender – Felon = 52 Indiana, LA Jacob and 5/2 date Risk Management letter OCTA 50 fall on #2170) May 25, 2025 driver facilitation three different times, OCTA 37. 52 + 37 = 89 Stupid. (143 Kevin Roppel behind driver facilitating?) 737 Boeing.

**Poor maintenance** – if the responsible company fails to maintain vehicles in a timely and proper fashion, issues of negligence can be argued when maintenance (or lack thereof) is responsible for the accident.

***CAUSATION:***

OCTA buses are not equipped with paper towels or dust pans to clean up spills that could prevent falls. They no longer provide masks and allow contagious individuals to board the buses, Gangrene etc. Someone having spilled their coffee led to my fall on April 21, 2025.

Stress and Distress resulting from perceived Driver and Passenger facilitation intent.

Defamation of my character and staged reactions for publicity, exploitation of my personal circumstances. Public humiliation with intent for the theft of my ID and false incarceration.

Physical injury and unnecessary expenses incurred through bus patron and driver facilitation.

Chronic Stress (CS on Cash Balance, G&M receipt) Negative health effects as a result.

Decrease in limited financial resources as a result of fare I should not have incurred. Bus transportation forced upon me, not my choice. Persistent theft of my property for fare and bus camera facilitation, insult and injury. False incarceration in this state through their onboarding and fare incurred.

Terroristic stalking, trafficking through my schedule. My schedule and intentions with my day disrupted by the need to adhere to a bus schedule. Intent to force solicitation, escorting upon me for my complaints.

Interstate Trafficking by drivers, sexual harassment and insult. IT, information and violation to personal life and history due to onboarding used to stage for solicitation and injury.

When seeking to establish a causal relationship, researchers distinguish among three levels of causation: Absolute Causality, Conditional Causality, and Contributory Causality

***Above topics pulled from website https://www.fishertalwar.com/bus-drivers-duty/ (War = 42 = Bus, 84 = million, Zack Harp, lawyer, marketing) 424 Katella area code, 8 for money Eugene. **CALL: (213) 267-6671**

213 San Francisco PD purse-snatch code, LA area code. 426 CT Scan with Contrast, DPSS EBT, Veronica Miller ext. 424 = 2 Kunz (DeOrr Kunz) 637 Churchill Downs phones. 267 J-town Phones, KY. 6600 Cypress PD phone, 71 Marvel, lot at 219, Oldham County. 367 Taffy license, 1 and pull on 2008 Mortgage Crisis 2171 and OCTA bus fall 2170. (1) 2008 YMCA picture, my son is not property. His "Pa" doesn't own him for sponsoring his baseball team. Is this their mortgage crisis? MC (Municipal Court), Malicious Conduct, MC on 7-11 receipts, etc. 2171 (251 LAPD) 21 Whitehouse Jersey, J-town PD, 17 FBI, M. Harp age my birth certificate.

Jeffersontown, KY
https://www.jeffersontownky.com › directory

Fred **Fischer**. Mayor's Office Title: City Attorney Phone: (502) 267-8333 · Email ... **Jeffersontown, KY 40299**. Phone: 502-267-8333 · Employee Email. Home · Police.

833 OCTA phone Risk Management letter May 2, 2025 and 833 ABCO phone Los Alamitos. 333 National Center Missing and Exploited / 500 Central Library, 500 Volvo Parkway, Dollar Tree Corporate. 26 APD, 83 Narcotics, 33 KCD Flyer mailed after kidnapped, Kim, Villanueva. 502(213)=267 / 11303. (OCTA 1 today ended in 303 DA San Bernardino, Bank of America) 803 / 53 Julia, Gavin, Karin. (MOT) Mayor's Office Title, McDermott. 267 = 15 Taffy's age, Zach shirt 8 on it / 8333 = 17. (317) IN Attorney General, N. Glantz and Son phone, Dukes, High Street Lexington. 173 Sexual battery, LBT / 17 FBI, 5 $1.75 Metro and TARC Fare 30. 205 PO BOX Bullitt Co. Sheriff, Marina, RTA Temecula.

50 (226) 78 (333) 559 + 40 = 599 San Bernadino Transit, $405 filing fee, 405 OC Health new construction behind the Ronald Regan Courthouse. 99 onboarding, 909 Probation Santa Ana and San Bernardino area code. 55 Civil, Conrad, Filthy, Hadley / 360 (130) 99909 (9999 Newport Library password) 999 Pace, Anaheim Regional, Pacific Cancer, 09 Saints Jersey picture with Taffy, Pontrich supposedly deceased. 909 – 405 = 504 Valero San Clemente, new construction, Harbor, Kansas Redlands. 905 Roppel cell, Chase San Clemente / 940. 31. (901 Morgan Stanley phone,

LA Child Support, 43 Derek, Harp, wife, exam, "Hot") 944 (916) (Greg Fischer, former Mayor Louisville?) GF 76 Disney, Mike Roe, Amy Baker, Ninny, Idiots. City Attorney Phone, (CAP) John Capps DPSS / Medical pull CAP.

What are the most common injuries for bus drivers?

Back injuries are very common among bus drivers. With so much sitting and bouncing, it's no surprise that so many bus drivers, especially those who have been working for many years, experience back injuries. Common types of low back injuries include herniated discs, muscle strains, and degenerative disc disease. Sep 6, 2024

(BI) Sexual / "Target on your back" Back Browser on Tracfone, Shirley DeZarn bedridden, or close before supposedly passed away. Sept. 6, 2024 (96 Shirley, Julia Harp, Bullitt, Homeless) Bed (RID) "You are rid of this ID." Said by onboarding / DEN, Darley Eugene Newby (Biden)

**Local Counsel Representation:**

.Opens in new tab

A party may request that a local attorney be appointed to represent them, especially if the case involves complex local procedures or local counsel is required under local rule 11.

- The case involves more than just OCTA and they are all linked cases. I have a lawsuit against Louisville Metro PD for facilitation that caused a metal rod to be placed in my leg and a screw in my ankle. I have been raped while sitting in my parents' condo by countless unknown assailants using the identity of a man I met at the age of nineteen in 1994.
- I gave birth to one son and have three all known to me as one. I am fighting for all three of them as my own. Trafficking victims reported July 6, 2014 when I became aware of our circumstances.
- Countless lawsuits in regards to people seeking my acceptance of their federally dead lifestyle I want nothing to do with for myself or my boys. Failure to employ lawsuits against employers seeking the theft of my identity as a manipulation to earn a paycheck. Prostitution acceptance, cash pay by these people for employment.
- Theft of our Poodle Taffy Harp on January 15, 2015. Murder of Rialto Kitten Harp on November 14, 2020. Federally staged T-harness gang affiliated hit.
- Countless lawsuits against different jurisdictions for failure to act in accordance with the real law, not mafia law and facilitation.
- Lawsuit against the Kaiser family for intent, they ruined my life in 1994 with their financial fraud, theft by deception needs and have persisted through this onboarding in supposed "pimp" stagings to prostitute me and intent to lie they are lawyers to steal my lawsuits.
- Lawsuit for theft by deception intent against Eugene Newby, Michael Harp, Starlene Newby, Julia Harp and anyone else trying to participate in my lawsuits.
- Lawsuit against "program" facilitation and terroristic stalking by county employees for their 'housing" imprisonment and theft of my lawsuits for imprisonment in this county and or state.
- Lawsuit against the County of Orange and State of California for false imprisonment, defamation and intent to violate my ID for their federal fiscal funding fraud.
- Lawsuit against the State of California for false imprisonment in this state, physical injury and daily assault and rape. Lawsuit against the State of California for the kidnapping of my sons Zachary, Zach and Zack, theft of Taffy Poodle and murder of Rialto Kitten Harp.
- Lawsuit against Louisville Metro PD trying to force medical acceptance or employment.
- Etc. Etc. – Lawyer needs to address and blocked due to significance in their criminal actions against me, and intent to see me murdered by lethal injection literally, not just as a stage for their theft.

Per this onboarding I need to disclose I am described "as difficult." I don't bullshit and won't. It's not a game to me, it's not fraud. It's my person, my children, my animals and my lawsuits. It's not Hollywood, a movie, a book or anything else. It's our lives and I am not the level of these people. I am well beyond in my expectations and standards. I am not the criminal, and I not going to accommodate these people and their needs over what matters to me. Not this time. Not ever again do they get to insult me with their presence in my life, and I don't ever owe them my identity for their profit after years of their mental cruelty for their gain and imprisonment of my whole life. I have been sexually violated since at least the age of two.

11-5-2015

On 10/28/2015 I boarded Bus 42 on Pacific Coast Highway. I boarded the bus with a black suitcase, handled raised with a tent over the back of the suitcase handle. I also carried a black duffel bag and a blue backpack. I exited the bus at Beach and Lincoln across from the Walmart neighborhood market in order to board the 29 bus. Five to ten minutes after I exited bus 42 I realized my suitcase was still on the bus along with the tent. I contacted OCTA customer support and spoke with Cody. He put me on hold and contacted dispatch and they were supposed to contact the driver. Cody returned to the phone and told me "he was not able to relay to me whether dispatch had been told whether the driver had located my items or not." I was notified it was her last run of the day and the bus would be returned to base and any items left on board would be turned into lost and found. I was given the number to lost and found and immediately called them only to find out if my belongings were recovered they would not be notified or turned into their location on Orangethorphe until after 2pm the next day. I proceeded to lost and found the next day and the following day after that only to find out my items were not accounted for. I was given the number to file a claim and did so.

Sincerely,

Stacey Harp
PO BOX 6141
Anaheim, CA 92816


**It was not five to ten minutes, I noticed it IMMEDIATELY and watched the bus drive away. It was supposedly the driver's last run of the day, my property should have been turned in at the end of her route. R.OU staged social services worker in the years since and TE, tax evasion, PO BOX Bullitt Co. Sheriff, Marina, RTA Temecula.

11-5-2015

Inventory of items in suitcase with estimated replacement costs. I researched items online and priced items in the store to obtain more accurate pricing.

Conair Hair Dryer $14.74
1 package of Sara Lee Blueberry Bagels $1.00
Tommy Bahama Dress $118.00 +/-
Worthington Black 2 piece dress $60.00 +/-
Black High Heels $50.00 +/-
Black Lee Walking Shorts $38.51 +/-
Black Faded Glory Tank Top $7.00
Black/White/Red/Khaki Button Tank Top $9.94
Purple/Tan Plaid Button Tank Top $9.94
Chicken Ramen $1.00
Socks $5.97
Multi-Color Swimsuit Top $15.00 +/-
Black Swimsuit Bottom $7.94 +/-
Hanes Underwear $8.74 +/-
Gloria Vanderbilt Blue Jeans $25.00 +/-
Blue Hanes Sweat Pants $5.96 +/-
Grey Hanes Sweats $5.96 +/-
Grey Sweatshirt $5.96+/-
Blue Hooded Sweatshirt Jacket with hand covers $10.88 +/-
Olive Green Shorts $12.94 +/-
Khaki Walking Shorts $12.94 +/-
Q-Tips $1.00
Shampoo / Conditioner VO5 $1.50
Ozark Tent $29.99
Steelers Towel $20.00 +/-
White Wash Cloth $1.34
Green Blue with Navy Stripe Jersey shirt $9.97 +/-
Pink Lands End 3.4 length casual dress shirt $30.00 +/-
Razors $1.00
Toothbrushes $1.00
Liz Claiborne Skort $30.00 +/-
Blue Polo Shirt $7.94
Red Short Sleeve Shirt $5.00
Hi Lo Black Suitcase on Wheels $17.99 +/-

118 = poisoning, attorney (Lymph node chart # 118 ultrasound)
236 Leo address
Taffy as "Leo" on OC Bichon Rescue after stolen 1/15/20.
(354) 300 Prison Rd. Folsom
Tustin PD
Buckman Bullitt Co. Sheriff
39
OCTA 54 = Regina, Risk Management Letter Fall 4/21/25
320 Beach APD
34 Ellis exit etc. 95 = Drivers
7/14 Conrad letter
(12) Tracfone calendar, Rialto report, Points leg operation

Estimate Total $584.15 not including tax / Estimate with tax included $628.72

58 Harold, Taffy, Grandma, Nathan, Danny, DPSS / 415 Tiburon, Robin Williams supposed suicide, 10 DPSS County Code, 405 address to OC Health Headquarters, new construction theft by deception equals 150 + 415 = 565. (304) 115 / 504 Harbor, Valero, Kansas Redlands, 300 Prison Road Folsom, Buckman Bullitt Co. Sheriff, Tustin PD / 804 Ellis Motel. 76 Disney, Mike Roe, Amy Baker, Ninny, Idiots. 154 / 150

132/28 = 13 Camm years prison, 228 San Quentin, 30. (258) / 253 Incompetent Facilitation, 5.

11-5-2015 (11, 5-20 = 1115 Bells Mill Road, 11/15/2017 Kamala Harris letter) 2015 Zach with 8 on shirt. 228 San Quentin, 236 Leo, House / 220 Aunt Shirley DeZarn. **4:56 time of yogurt before Rialto's homicide. 621 Ave Vaquero, San Clemente and McFadden, 5 name prison. 10 / 460 Metro Taffy after stolen per onboarding, six rape, theft / 6 restraining orders on 9/7/16. 69 Food 4 Less, Newby, arsenic, whore, carnival, 716 Kim Archer phone. 74 Kroger, "weirdo", San Bernardino PD car. 7/14 Conrad letter, sixty-seven age social security. Rialto Kitten Harp murdered November, 14, 2020. This estimate was five years earlier.**

Patient Financial Services
P.O. Box 20894
Fountain Valley, CA 92728-0894
PHONE: 1-877-323-0043

Account Number: 70045088
Patient Name: STACEY HARP
Date of Service: 11/15/15

THIS IS NOT A BILL

November 17, 2015

000025

COM12W 314332 188978699
STACEY HARP
PO BOX 6141
ANAHEIM CA 92816-0141

Re: Explanation of the MemorialCare® Billing Process

Dear STACEY HARP,

At MemorialCare quality patient care and dedication to patient satisfaction is our highest priority. It is our goal to ensure that the billing of your account is handled correctly and efficiently. To assist us with the billing, please verify that we have the correct insurance information. **You do not need to call us if the information in this letter is correct.**

Our records indicate that your primary insurance is CAL OPTIMA and there is no secondary insurance. If this is **NOT** correct, or if you have any other information that would assist us in the processing of this insurance claim for you, please contact our office. Our Customer Service Representatives are available to assist you at 1-877-323-0043 between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

We would also like to make you aware of the next steps in the billing process. We will bill the primary insurance for this account on your behalf. Once we have received payment from CAL OPTIMA, and if you have supplied us with the necessary information, we will bill your secondary insurance. If you do not have secondary insurance or if your secondary insurance has also paid, you will receive a statement for any co-pay, deductible or balance owed as determined by your insurance carrier(s). When calling regarding this account, please refer to patient account number **70045088**.

Please be aware that this letter represents hospital charges only. You may receive separate statements for services provided by the physician, surgeon, radiologist, anesthesiologist, and/or emergency room physician. For your convenience, some of these telephone numbers are listed on the other side of this letter.

Thank you for your assistance in helping us to process this account.

Sincerely,

Patient Financial Services

Please visit us at www.memorialcare.org

MCARELTR01



| Collection | Call No. | Title | Author | Pickup | Barcode | Specific |
|---|---|---|---|---|---|---|
| aagn | ADULT GN OBLI V.1 | Oblivion song / | Image Comics. | k | 36019020589287 | item |
| aagn | ADULT GN OUTC V.1 | Outcast / | Image Comics. | k | 36019020023196 | item |
| ajnf | J 591.68 HUDS | 100 endangered species / | Hudson, Rachel, | k | 36019032340166 | bib |
| ajnf | J 599.31 SQUI | Anteaters, sloths, and armadillos / | Squire, Ann. | k | 36019010680005 | bib |
| ajspbi | J B PICASSO | Quién fue Pablo Picasso? / | Kelley, True. | e | 36019029698378 | item |
| ayapgn | GN TEEN V.1 | Teenage mutant ninja turtles : Saturday morning | Burnham, Erik | k | 36019031633314 | item |

and efficently , 964 - 154
19 95 = 114 crime family, Hells Angels
Holocaust 40
AE 15
1995 yr age 20
16 Box 199 plate
520 bldg next to Biltmore
12 (Tom)²
122 Grand Larceny 23(Bi) LTMO 222 255 320 378
10:05AM
6/6
e-1
K-5
512 540
35 87 40 60 33 65 58 85 49 28 36 - 576
To assist us with the billing, please ~~make~~ verify that we have 365 involuntary
357 magnum 82 the correct insurance information (929) 61 19 49 You do not need 28 35 28 40 to call us (192) (232)
76 Dummy, Disney Mike Roe, Amy Baker
840 33 104 134 (80) (129) (601)
-296 9112/99 onboarding Dwight Dinger (DD)
15 33 134 23 56 80 28 82
If the information in this letter is correct. = 683 + 929 = 1612
35/7840 7800 (247) (280) (414) Stanton Civic Ctr 40 = 75
6230 = 12/30 60 Star's b-day
16(242) 62 462 + 30 = 492 Conrad Wilson Realty ph
(9) 291 80
Cash Bal after $281 dep.
30 8 308 apt. 52 22 Fl 67
432
To assist us = 162
42 Bus
246 Cal optima ph.
marvel
13
552
Civil 2 430
age Social security
Tim maria War
Informa 76 Dummy 23 ID 42 Bus
5(522) 220
/Rite (Re) 23 (34)
355 GR 407 (33) 440 388/322
204 trafficking syndicate military pension Standard deduction
(231) Taffy's license
118 Poisoning, Attorney (PA)
202 Jimi, Rick, Zack, mom
161/41 = 120 -19
Seal Beach PD



429 = Our records indicate that your primary insurance is Cal Optima + there is no secondary insurance. If this is Not correct, or if you have any other information that would assist us in the processing of this insurance claim for you, please contact our office.

We would also like to make you aware of the next steps in the billing process. We will bill the primary insurance for this account on your behalf. Once we have received payment from CAL OPTIMA, and if you have supplied us with the necessary information, we will bill your Secondary insurance.

Please be aware that this letter represents hospital charges only

127 ownership

1 million 207 kidnap code

Los Angeles County

228 = Process this account ← Court

San Quentin

133 John Mueller
Taffy + Rialto Harp
Julia Diane Harp
Pontrich?
Hopkins?
Hops - Beer
SB - Peer Ho
815

Bud Cate, Wilson Library, 228 San Quentin

If this 71 marvel is 99 onboarding (mo)

PI 169/49 Urban 2114 94/212 ID 7212

124 lawsuits

corrections (CC 33 KCD)
Christopher 106
Brian Jordan
Vaginal rape
Brian Ray
Helen
Obama
31/2113

## East Anaheim Branch Library Book Group

***Come and join us!***

*2nd Tuesday of the month at 12:00 noon*

***THE STONE DIARIES***

***by Carol Shields***
1994 National Book Critics Circle Award
**April 8, 2025**

***HAPPINESS FALLS***

***by Angie Kim***
2023 Good Morning America Book Pick
**May 13, 2025**

***WEST WITH GIRAFFES***

***by Lynda Rutledge***
2021 Texas Center for the Book Great Read Selection

**June 10, 2025**

***Books are available to check out at the Information Desk.***

East Anaheim Branch Library
8201 E. Santa Ana Canyon Road
**714-765-3887**
ANAHEIM PUBLIC LIBRARY
*www.anaheim.net/library*

## East Anaheim Branch Library Book Group

***Come and join us!***

*2nd Tuesday of the month at 12:00 noon*

***THE STONE DIARIES***

***by Carol Shields***
1994 National Book Critics Circle Award
**April 8, 2025**

***HAPPINESS FALLS***

***by Angie Kim***
2023 Good Morning America Book Pick
**May 13, 2025**

***WEST WITH GIRAFFES***

***by Lynda Rutledge***
2021 Texas Center for the Book Great Read Selection

**June 10, 2025**

***Books are available to check out at the Information Desk.***

East Anaheim Branch Library
8201 E. Santa Ana Canyon Road
**714-765-3887**

ANAHEIM PUBLIC LIBRARY
*www.anaheim.net/library*

## East Anaheim Branch Library Book Group

***Come and join us!***

*2nd Tuesday of the month at 12:00 noon*

***THE STONE DIARIES***

***by Carol Shields***
1994 National Book Critics Circle Award
**April 8, 2025**

***HAPPINESS FALLS***

***by Angie Kim***
2023 Good Morning America Book Pick
**May 13, 2025**

***WEST WITH GIRAFFES***

***by Lynda Rutledge***
2021 Texas Center for the Book Great Read Selection

**June 10, 2025**

***Books are available to check out at the Information Desk.***

East Anaheim Branch Library
8201 E. Santa Ana Canyon Road
**714-765-3887**
ANAHEIM PUBLIC LIBRARY
*www.anaheim.net/library*



OCTA Abuse
Yahoo/OCTA

15 Bus 22119 221/1915 (73) 905/85
2/22 leg operation

- **Stacey Harp**

From:staceyharp@yahoo.com

To:sirminton@yahoo.com,dhumphreys@hbpd.org,Stacey Harp

Tue, Jan 29, 2019 at 11:58 AM 1100/58

Customer Comment Form 408 Beach Lymph node ultrasound

25 Saints Jersey w/Taffy Your R. a social services worker

241 ph 2005
Continued harassment
+21/202 EBT pull 2/24
Due (4/21)5
4/21/25 fall on OCTA 2170 (250)

To speak to a customer service representative, call 714-636-7433 on weekdays from 8am to 5pm.

OCTA appreciates the comments customers provide about our service. The comment you submit will automatically be sent to the right staff member to investigate and take appropriate action. TAA 2011 FL/9 6129 7ATE 407 Orlando (LBPD 18-38 338)

105 136 21 79 66 30 33 = 505 38 82 60 647 582 re-deposit skimmed 5/ 50 632

Please turn into your loss prevention team Reggie or Jennifer C. Continued harassment on your buses due to ill intent with my overall situation. Continued intent to degrade and insult me for an ID theft in 94 in which by telling you due to your presumed customers you even become liable for failure to properly address this in the past. The FBI wiped this out and there was to be NO MENTION of it ever again yet your passengers continue to stage accordingly, even in sunglasses this morning as a mock of mine but nothing like them at all in 94. This morning a woman was sitting across from me on route 50 bus 5742 which equals 99, the year I was pregnant with my kidnapped son and the year Minton married Childers. The man staging all of this may be the father of Childers who I'm told through silent communication is Gleeson, a link to property bordering my uncle in KY. I have no communication with them and they are involved in this facilitation and the kidnapping of my son. Childers was a lesbian or I'm told carried on with the woman on this bus this morning, pulling Minton back to me after Zachary was born. Gleeson and these people are guilty of criminal abuse to myself and stalking through your buses which makes you liable for not properly addressing this through law enforcement to stage and send me to prison this time and not wipe out an ID theft financial entrapment to force a name change that will then result in legitimate suicide at the insult and cruelty in it all. It has come out Childers and Minton married for an opt in opt out insurance policy to send me back to my father who I was adopted away from and his intent then is incest and homicide. Gleeson would some have benefited through their money laundering scam when they married to hurt me, they would receive a payout. I have lawsuits with you and you have ignored them with ill intent in the same for a link to their money laundering scam to imprison me and send me to prison by lying about who I am and my ID over my adoption that pulled me away from my biological father. It is possible Minton who will receive a copy of this will have a lawsuit also for exploitation

85 113 (883) 105 82 35 44 19 95 18 39 15 13 59 23, 560 Gaslighting (285) (380) (524) (547)

80 48 85 68 78 78 231 = www. Inter-state. com/231 Taffy license (TL) 2012

1978 Eugene + Julie divorced age 3

78 43 1 62 (184) 57 32 jail Leo, Neal media etc.

Food 4 Less → 69 24 94 21 79 48 35 80 208 (335) (450) 7 Lee Son 22 48 BB 744 Sacramento Social Services

7/21 + 2 = 7/23

Continued Intent 10582 Katella
Continued Intent To (222 date leg operation, 6 rape, theft) 1332 + 7 Bad (1339) Brian Gordon 2012

and the situation it puts me in for having to tell it to sue and get it stopped. The ID theft in 94 at the age of 19 would have resulted in 30 years behind bars which means I would be a prisoner until age 49 which equals the name of Minton's dog Kelli. They are looking to run a double jeopardy this time to send me to actual prison and dispose of me that way because I wasn't aborted when my mother was pregnant, all I was to these people was money according to my mother who then wanted me to produce a child to steal and see me murdered while nobody will help to get him away from her abuse, like they ignored my circumstances growing up. They woman this morning may be Childers lesbian lover and a part of their real estate fraud scam for a million dollar cover through Seal Beach realtor. This woman got off of Route 50 at Beach Blvd 39 which = 50 + 39 (my age leg operation they are trying to steal for their theft scam) = 89 year of SF EQ. They want to run a million dollar housing cover through these people to make me accept my father as my boyfriend for incest and homicide. 89 = 72 Cooper my son's father and 17 = my father's age when I was born, he adopted me in 85. 85 = Minton, he is NOT my father.

---

OCTA 42
Yahoo/OCTA

- **Stacey Harp**

  From:staceyharp@yahoo.com

  To:sirminton@yahoo.com,dhumphreys@hbpd.org,Stacey Harp

  Thu, Dec 6, 2018 at 12:07 PM

  Running this from Seal Beach to Orange

  SB - 192 food stamps / Orange = 60, nigger stalker on OCTA 50 started at Orange Wal Mart Brian M. worked at Wal Mart when I met him, in PETS, PET=Petitioner on Mental Inquest Ronald Glasser; They changed Brian's cell number to 229 and a black man answered it when Zachary and I were living in Florida 2011 / 2012;

  229 = DPSS Steven Lyle fax; 229 Cypress PD

  Stalker out of Mary's Kitchen told but first got out of white car, black tinted windows and boarded at Tustin St Wal Mart

  Check times on buses, 811 = Robin Williams date of death, 905 Kevin Roppel phone; 959 = 914 IN; 1222 = 1 million and 222 my leg injury, no way; 350 Kim Camm insurance; 902 crime victim fax; 1022 = 220 (18) 80 minutes after Crime Victim 120 = 19 entrapment, Taffy attack 4/21 came after ride on 42; 4/21 = 81 Zach Harp

  139 Charlton Wynde Drive Louisville KY = 38 Zach, Zach didn't live at this address and Charles is not him

  49 = Kelli / 36 scam 49 + 36 = 85 Steven (Gleeson)

  49 Kelli / 56 Scum = 7 Bradley Camm age 2000

  4920 = 411 Ronald Reagan Courthouse

4180 = 39 my leg injury (10) Kelli

121 LA Belmont Shore bus / 131 Redondo Bus = 252 Lexington KY phone; 27 LA Counties - 20 civil = 7 (207 IN Cell) 140 KY Neglect (347) = 77 Gleeson 85 Steven = 162 = 72 Cooper (14) 86 year I was 11 = (3) year Cooper prison = 33 HUD

131 Redondo - 33 HUD = 98 County / Mission; my age 23 in 98 = 2254 = 229 Cypress PD Phone, 229 Steven Lyle DPSS; 229 Brian old cell

---

www.octa.net/Projects-and-Programs/Under.../I-**405**-Improvement-Project/?frm...
>
>
>
> Project Overview. OCTA in cooperation
> with The California Department of Transportation (Caltrans)
> is widening the San Diego Freeway (I-405) between State
> Route 73 (SR-73) and Interstate 605 (I-605).The project will
> improve 16 miles of I-405 between the SR-73 freeway in Costa
> Mesa and I-605 near the L.A. County line. (605 = 6/5 Steve
> Wilkins and Jim Pontrich birthday / Eugene said "go 65" =
> 505 Stanton Pet Bill Stage / 110 DPSS Grow Transportation
> (20) = 90 year 15 for 75 (705) - 405 = 300 check felony 1994
> KY Lexington 1936 = 199 = 118 Horseman's Lane with Brian
> Minton 1994 (3) / 9605 = 96 Julia Harp and 05 year moved to
> 219 Charlton Wynde Drive Louisville = 305 + 3 = 308
> apartment in FL
>
> 45 = Daniel / military in San Diego /
> Kevin Roppel step-son didn't want to do what they were after
> (405) = 35 Kim Camm / Vocal said Bradley Camm wanted out? 9
> Dad and -1 = 8 for money (20) + 9 = 829 Logan Street Roppel
> Corporate = 109 + 10 adopt = 119 K9 = 99 year pregnant with
> Zachary (2) @
> 4$ / 8* (248) = 68 Derrick 608 - 606
> Lexington area code 1994 = 2 / 1996 = year 21, 19 entrapment
> / 96 = Julia Harp 906 = 84 year 9 = Dad (836) = 86, year 11
> and 806 Food Stamp Card
>

405 new construction Santa Ana, OC Health (I-405) I-9 Dad, sir name theft / 94 ID, 05 year moved to 219. 1905, 1 million their theft, 905 Roppel cell, 905 Chase San Clemente. I-9 "immigration" aka rape.

---

Automatic reply: Lawsuits (124) 12
Yahoo/OCTA

- **Al Gorski** Gore (Re: Go 715 Bner HUD) AL / Anaheim Library

From:agorski@octa.net 112/9

To:Stacey Harp

Sat, Nov 11, 2017 at 2:31 PM

I am currently out of the office and unavailable by email. Please contact Edwin Byrne ebyrne@octa.net at (714) 560-5840 or Maggie McJilton mmcjilton@octa.net at (714) 560-5824 if you need assistance.

Thank you.

47 (CAD 314) 32 (345) 80 88 Pin - Derby
Cody @ Dispatch (Pegasus Transportation) PT
SUS Debit Sullivan
740 (110) /630 (24)
420 Easter
Patch Adams - Robin Williams
over-draft
Cy 325 Golden Coral
10/28 (280) Avocado
38 Zach, Banta, Roe etc.
815 Compass 7 Bad
45 LMPD, Kite, Egnae, Clark Daniel
PAR 23
416 23 / due date w/ Zachary
Zack etc.
415/16 Chad / EBT
399/48¢ Bananas 275 Euclid
crime, sex, son, abuse
288 Sheriff Call Box Monrovia LB 122
766/426
6400 (26)
1000/2800 15 Taffy's age Bus 42
134 incompetent Bells Mill Rd
268/264 = 4$
826 Angel Realty (46) /100 = 4
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 798/158 640
PO Box 6141 = Katella
102 Siemens
92816 (84) FBI Lawsuit
921 928 924/88 7 1094 288
50 (450 Villa Newport Taffy?)
120/19 (64)
Cody @ Dispatch = 127 ownership - 89 Stupid
16 Chad
86/91 (291 FS increase)
CBD
324 Food workers union / OCFBI phone
6/90 (150 Theft Deception)
540 Bin, Scott Roby
CA Tax Form
CAT 124 lawsuits 6 or Palmer 130
200 "transportation"
91 prison, sodomy, aid code
901 Morgan Stanley
1101 Vons, Extra mile
E. Cooper arrest record
/LA Child Support
184 And Contacted 85
Dispatch 80 /5/105
ACD 134 incompetent (8) Bells Mill Rd
Zach shirt 2015
Zack Harp
$584.15
582
215 (23)
323
415 Tiburon
58 Taffy
1 million their theft CD secure Mazda
- 15
545 Euclid
Chase
EC (8)
53/4$
95 205
8:57 etc.
110/315
1.2 million their theft
46 Park/win
1(246 Cal Optima Ph)
69 189
105 126
52 53 21 33
Last Run Of The Day
30 63
5/2 OCTA Risk mgmt Letter = 80
280/380/1080
80 Prudential addendum
PA
161 Child Support
801 Chase
41 Zack, Banta, Roe, Aly, Noah
1103 Wells Fargo
61 Kevin, Richard, Buena Park Fire
105 35 27
Returned to Base (RTB)
(Lynn DeZam?) 622 Gateway Text
1118 (7-11)
4.8 million, 57 steal, Chris, Eugene, Julie
yr. m. Harp born
8:57
Zachary born, Baytown Realty Apt. 2000
35 32 1 38
To File A Claim = 100
130/810
TFAC (Facts Tuition mgmt)
T-Fal
Return
96 Julia Harp, Shirley, Bullitt, Homeless
297 < 201 /290 (01)
Star cell
77/117 (747)
11201/901
1101 Vons / E.mile / E.cooper 2019
20/40 830 (810)
10/28/2015 (42)
154 APD plates
34 Ellis exit
62015 / 3
65 Florida 201 apt. bldg
6/23 due date w/Zachary 82
220/610
26/1020
1021/820
15 Taffy (3) /153 Senior Living
12/18 (126 westview) 208

# EUCLID BRANCH
# APRIL

1340 S. EUCLID ST
ANAHEIM, CA 92802
Monday – Friday 11 a.m. - 7 p.m.
714 - 765 - 3625

## Weekly Programs

**MATH TUTORING**
**Mondays at 4:30 p.m.**
ADD IT UP tutors offer *free* academic support for Grades K-6 students.

**FAMILY STEAM FUN**
**Tuesdays at 5:00 p.m.**
Family Fun time includes stories and crafts related to STEAM.

**CSULB NURSING STUDENTS:**
Offers free *basic* health check-in.
**Wednesdays at 11:00 a.m.**

**3-4-5 JUMP AND JIVE STORYTIME**
(For ages 0-5 years old )
**Fridays at 11:30 a.m.**
Enjoy stories, music, and movement activities!

## Children & Family Programs

**DIY EASTER EGG ORNAMENT CRAFT**
Join us for a fun and creative Easter ornament decorating session. All materials will be provided and light refreshments will be available to enjoy as you craft your unique design. **Registration required.**
**Friday, April 18 | 4:00 p.m.**

**DIG INTO THE SEED LIBRARY**
Join us in decorating eco-friendly pots and plant some seeds native to California from our **Seed Library!** **Registration Required.**
**Wednesday, April 23 | 4:30 p.m.**

**READING ROOM REVEAL**
**FEATURING POET LAUREATE CAMILLE HERNANDEZ**
Join us to explore Euclid Branch's new Reading Room! Anaheim Poet Laureate Camille Hernandez will share a poem about Transformation. Enjoy refreshments and solving the escape room-style puzzles. Uncover the mysterious secret of the new Reading Room and claim its treasure.
**Wednesday, April 16 | 5:00 p.m.**

## Adult and Teen Programs

**UKULELE JAMMIN'**
Open to all ages, beginners, and professionals who want to strum and sing along with us. **Registration Required.**
**Thursday, April 10 | 4:00 p.m.**

**ADULT BOOK CLUB**
The Euclid Branch Adult Book Club meets on the third Tuesday of each month. Join a lively book discussion featuring *The Other Einstein* by Marie Benedict.
**Tuesday, April 8 | 5:00 p.m.**

**OPEN MIC**
Bring your talents, such as singing, acting, dancing, reciting poetry, delivering a speech, or playing an instrument on stage. A Show open to ALL AGES.
**Thursday, April 17 | 5:00 p.m.**

**FREE HEALTH SEMINARS**
**PRESENTED BY SENIOR STUDENTS FROM CSULB, SCHOOL OF NURSING**

Learn about E-Bike Safety, Motor Vehicle Safety and Earthquake Preparedness.
**Tuesday, April 22 | 4:00 p.m.**

Learn about Childhood and Teen Obesity, Type 2 Diabetes Prevention (aimed for adolescents), Diabetes /Management and Substance abuse in adolescents.
**Wednesday, April 23 | 4:00 p.m.**

Learn about Physical Activities for Adults, VTE (Clot) Prevention and Medication Management and Safety
**Thursday, April 24 | 4:00 p.m.**

OCTA
Orange County Transportation Authority
550 South Main Street / P.O. Box 14184 / Orange / CA 92863-1584
ADDRESS SERVICE REQUESTED ASR

SANTA ANA
CA 926
10 MAY '16
PM 7 L

Hasler
05/10/2016
US POSTAGE
FIRST-CLASS MAIL
$00.46⁵
ZIP 92868
011D11625201

Stacey Harp
PO BOX 335
Seal Beach, CA 90740

9074003353535

OCTA

AFFILIATED AGENCIES

Orange County Transit District

Local Transportation Authority

Service Authority for Freeway Emergencies

Consolidated Transportation Service Agency

Congestion Management Agency

Service Authority for Abandoned Vehicles

1207 INcell

December 07, 2015

Grandma birthday

6/17 Lynn DeZam birthd

400 Zach social LBPD

902 Fax Crime Victim Compensation

2 Kunz

217 Center CAL ph# Jackie/217 Charlt wy.

Stacey Harp
PO BOX 6141
Anaheim, CA 92816

92 = Wilson

FBI Lawsuit

198+100 (298) Eugene cell

19 entrap 8 for money

215 Prudential area code

(11:30)

196+100 funnel fraud = 296 Curtis Cell = 7/6 Zachary kidnapped

Subject: Date of Loss: 11/15/15
OCTA File #: 16-01196-1

(39/711 ph. 119 Sea Breeze → Rialto homicide)

100 = 50 rt.

160 Tustin + Centennial HS Diploma

296 Curtis ph. 136 = 46 Curtis age

250 Prudential 48 son

202 DC area code 43 Harp (18)

Shows violence intent stalker (110 DPSS)

5/25 OCTA 37 Driver facilitation Interior bus 150 theft (300) deception Video 55 805/205 (600)

Dear Ms. Harp:

This letter will serve to acknowledge the receipt of your Claim for Damage, as well as provide you with our position regarding responsibility in this matter.

Claim 38 Zach's Picture For 39 Damage 31

1 112 162 89 108 92

A thorough investigation was conducted which included a review of the interior bus video, as well as a review of all documentation related to the incident. After careful consideration of all of the information received, we have concluded that the Orange County Transportation Authority (OCTA) is not responsible for the injuries you sustained. Our investigation revealed that the bus was in motion traveling on the onramp of the 22 Freeway and did not brake or hit any road damage when you fell from your seat into the seat across the bus aisle from you. Additionally per the bus video, it appears that you could have been sleeping at the time of your fall from your seat. By failing to take precaution while a passenger in a moving bus, you assumed the risk of injury.

A Thorough Investigation (275)

49 134 (183) Not Responsible 458 (17) FBI

108 suite Safety Agency

Acy 29 Gen 26 3/55 GR OC

45 (822 Chris Redman Picture) Roe on back M. Harp b-day 4/22 (5/22) (48/58) 522

DC / Defunct Corporation

33 126 39 APT (Additionally per the)

198 Lincoln Citi Bank

37 OCTA assaults

As such, we respectfully deny this claim.

48 → 38 / 10 DPSS

Co Code /86 (870)

Thank you for your attention to this matter.

ATM / Skimmed

(230) 118 35 77 = felony, court etc.

Attention to matter (this) @2(10)58

Assumed (Age Social Security)

119 (sum - Summons Form)

AS / Facilitation

20/116 Civil Pull

96 Bullitt, Julia, Shirley

ED 54 Regina, Matt Health, Class

944/100 1044 1040/4$ 360

Sincerely,

Regie Peaslee
Sr. Claims Representative, Risk Management

Harp

150 Theft Deception 57 Steal

↑ Scott Roby (137) > 100K their theft 1 million

(475) Risk 57 of 21 Injury 97

37 OCTA Assaults, hit, India, Baker

93 James Clark, Michael Harp

54/721 (175) (421) 300 Trump Golden Dome

Claims = 57 Steal Chris

Orange County Transportation Authority

Eugene, Julie, 4r M. Harp born

207 kidnap code 300

611 /5
123 (272)
68 72 = 140 Det. Glover KY Cart Paper
LC (Lewis Cooper)
340 St. Annes
45

SAPP x 10 = 600 OCTA Admin, Wall Street, Louisville Courts
(60)

5-12-2016

52016
316 (34)
313/64 (757 Bad mello)

To OCTA

I have previously as required by the courts faxed over a copy of a lawsuit against OCTA for medical bills in regards to a forehead injury I sustained on your bus. I received initially an unacceptable response from Ms. Peaslee. Please be advised that I previously experienced theft on an OCTA bus operated by First Transit and I have suit filed against them as well. I am making you and the courts aware of some information that may assist you in settling my situation. Rick Lewis whom has changed his name is linked into Greyhound and he is the silent owner of Greyhound which is linked to First Transit. Lewis was previously engaged to my mother about 37 years ago and it has been brought to my attention over the last few years that he has an extreme hatred issue with me. He has used federal mafia connections behind the scenes to manipulate my life and at his hands I was injured and operated on in the state of Kentucky after being left for dead in a parking lot. I have a lawsuit against Louisville Metro Police Department for this injury and for their assistance in the kidnapping and intent to sexually solicit my child Zachary whom is 15 at the hands of Lewis and my parents. I am told through industrial spyware that was illegally engaged upon my body to entrap people and pull them into the mafia criminal underworld that my child has been raped and unbeknownst to me could possibly be related to Lewis whom I could not stand as a small child.

(Handwritten annotations: 103 111 = 214 Food Stamp increase by 10; 32 63 Ms. Peaslee 95; 326 (3) 978 50 928 PE; 117 72 101 First Transit 173 Sexual battery LBT)

37 OCTA Assault 2023
(FS) 68 Lewis/105 lawsuits, Roppelrad, Police Dept., Drug Agency

The spyware -Jerry which vocally talks to me on the federal side which I am not supposed to disclose has clued me in through their abuse of power and connections that you reviewed the tape of my incident and your driver was in fact speeding which led to me being thrown from my seat on top of me being asleep. I would not know this otherwise and have no reason to make a claim I cannot prove alone. Lewis wanted this done to me in part so he could try and say I was crazy to cover up his criminal activity and have me institutionalized to take away my rights as a human being and have my heart accidentally stopped (but on purpose, made to look like an accident) for the fact that I disliked him as a small child. He is involved in human/sex trafficking and had me victimized as soon as I hit 18. I also suspect after witnessing some unsavory actions of a First Transit driver that he uses OCTA and even Greyhound buses to run drugs.

(Handwritten annotations: FS - Female Spayed Food Stamps; WA 231 Taffy license Amazon Corp)

I feel that this information needs to come to your attention because of the treatment I have received from OCTA in regards to my accident. I do not know if this is simply how you treat customers or if I am being disrespected because of Lewis yet again behind the scenes with his federal/police mafia linked involvement. I did not ask for OCTA to compensate me for my injuries which have left a life long scar on my forehead but simply to reimburse the state of California for my medical bills since I am currently on state issued insurance trying to gain my freedom from Lewis and the criminal world of false imprisonment and trafficking he made me and now my child a victim to. I may never find my child and will live with this for the rest of my life while people linked to Lewis don't know the truth and are disrespecting me.

(Handwritten annotations: Treat Re: TAT 2120 219; GGPD Amin Lincoln AM/PM ↓ Samir 19 Cavio 7)

I request that the courts review the tape of my incident and have OCTA reimburse the state for my injuries, disbusement, Diagnosis Instruction Sheets (DIS), MC

Memorial Care
11/15/2015
(138) 321 Baytown P
498-1000 (SANTA ANA Depot
5 810 /00 Bike Theft #1)

Forehead 62
Injury 97 - Ms. Peaslee 95 = 2/192 -72
159
FI 69/15 Taffy's age
699 W. Rialto 1515 Park Vindian

1940 -740 21 Indiana 9 (219)
Sustained 112
-194 FS
Sullivan Debit (SD sewer caps)
219 medical form social services
Shirley DeZam

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
- Auto (22)–Personal Injury/Property Damage/Wrongful Death
- Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
- Asbestos (04)
  - Asbestos Property Damage
  - Asbestos Personal Injury/ Wrongful Death
- Product Liability *(not asbestos or toxic/environmental)* (24)
- Medical Malpractice (45)
  - Medical Malpractice– Physicians & Surgeons
  - Other Professional Health Care Malpractice
- Other PI/PD/WD (23)
  - Premises Liability (e.g., slip and fall)
  - Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  - Intentional Infliction of Emotional Distress
  - Negligent Infliction of Emotional Distress
  - Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
- Business Tort/Unfair Business Practice (07)
- Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
- Defamation (e.g., slander, libel) (13)
- Fraud (16)
- Intellectual Property (19)
- Professional Negligence (25)
  - Legal Malpractice
  - Other Professional Malpractice *(not medical or legal)*
- Other Non-PI/PD/WD Tort (35)

**Employment**
- Wrongful Termination (36)
- Other Employment (15)

**Contract**
- Breach of Contract/Warranty (06)
  - Breach of Rental/Lease
    - Contract *(not unlawful detainer or wrongful eviction)*
  - Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  - Negligent Breach of Contract/ Warranty
  - Other Breach of Contract/Warranty
- Collections (e.g., money owed, open book accounts) (09)
  - Collection Case–Seller Plaintiff
  - Other Promissory Note/Collections Case
- Insurance Coverage *(not provisionally complex)* (18)
  - Auto Subrogation
  - Other Coverage
- Other Contract (37)
  - Contractual Fraud
  - Other Contract Dispute

**Real Property**
- Eminent Domain/Inverse Condemnation (14)
- Wrongful Eviction (33)
- Other Real Property (e.g., quiet title) (26)
  - Writ of Possession of Real Property
  - Mortgage Foreclosure
  - Quiet Title
  - Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
- Commercial (31)
- Residential (32)
- Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
- Asset Forfeiture (05)
- Petition Re: Arbitration Award (11)
- Writ of Mandate (02)
  - Writ–Administrative Mandamus
  - Writ–Mandamus on Limited Court Case Matter
  - Writ–Other Limited Court Case Review
- Other Judicial Review (39)
  - Review of Health Officer Order
  - Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
- Antitrust/Trade Regulation (03)
- Construction Defect (10)
- Claims Involving Mass Tort (40)
- Securities Litigation (28)
- Environmental/Toxic Tort (30)
- Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
- Enforcement of Judgment (20)
  - Abstract of Judgment (Out of County)
  - Confession of Judgment *(non-domestic relations)*
  - Sister State Judgment
  - Administrative Agency Award *(not unpaid taxes)*
  - Petition/Certification of Entry of Judgment on Unpaid Taxes
  - Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
- RICO (27)
- Other Complaint *(not specified above)* (42)
  - Declaratory Relief Only
  - Injunctive Relief Only *(non-harassment)*
  - Mechanics Lien
  - Other Commercial Complaint Case *(non-tort/non-complex)*
  - Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
- Partnership and Corporate Governance (21)
- Other Petition *(not specified above)* (43)
  - Civil Harassment
  - Workplace Violence
  - Elder/Dependent Adult Abuse
  - Election Contest
  - Petition for Name Change
  - Petition for Relief From Late Claim
  - Other Civil Petition

PLD-PI-001

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):

Stacey M. Harp
PO BOX 335
Seal Beach, CA 90740
TELEPHONE NO: FAX NO. (Optional):
E-MAIL ADDRESS (Optional): staceyharp@yahoo.com
ATTORNEY FOR (Name):

FOR COURT USE ONLY

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER
MAY 04 2016
ALAN CARLSON, Clerk of the Court

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 700 West Civic Center Ste B120
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME:

PLAINTIFF: Stacey M. Harp

DEFENDANT: OCTA

☐ DOES 1 TO

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
☐ AMENDED (Number):
Type (check all that apply):
☐ MOTOR VEHICLE ☐ OTHER (specify):
☐ Property Damage ☐ Wrongful Death
☑ Personal Injury ☑ Other Damages (specify): Medical Bills

Jurisdiction (check all that apply):
☑ ACTION IS A LIMITED CIVIL CASE
Amount demanded ☑ does not exceed $10,000
☐ exceeds $10,000, but does not exceed $25,000
☐ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
☐ from limited to unlimited
☐ from unlimited to limited

CASE NUMBER:
30-2016
00849864

1. Plaintiff (name or names): Stacey M. Harp
alleges causes of action against defendant (name or names):
OCTA
2. This pleading, including attachments and exhibits, consists of the following number of pages: 18
3. Each plaintiff named above is a competent adult
a. ☐ except plaintiff (name):
(1) ☐ a corporation qualified to do business in California
(2) ☐ an unincorporated entity (describe):
(3) ☐ a public entity (describe):
(4) ☐ a minor ☐ an adult
(a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
(b) ☐ other (specify):
(5) ☐ other (specify):
b. ☐ except plaintiff (name):
(1) ☐ a corporation qualified to do business in California
(2) ☐ an unincorporated entity (describe):
(3) ☐ a public entity (describe):
(4) ☐ a minor ☐ an adult
(a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
(b) ☐ other (specify):
(5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Handwritten annotations: 16 Tiffy Notify F=6/10/22 4/22 execution 91514 932 appt. conf. Plaintiff M - metro 13 Wrong 77/ful (110) 12/48 Complaint paint L=12 16124 lawsuits Chad digit EBT 340/522 CDEBT 345220 500 staged ph/Biltmore DRE Matt @ Spencer Snyder 12 (8:20 ATM Skimmed) Saca 914 Subway Security 19(205) IBG 504 Valero new construction 504 Harbor 504 Kansas PSMH Stephan Steven (De) orphan 15/920(11) 592 311/8 1011 3320 La Palma 3(1515) CCO (COT) 31520 711 Back room pull ACC 133 844 Food stamp re-cert ph. Hotel Del sign (DEA) 208/12 2015 CalSAWS envelope 2015 2347/147 2200 MC/AL 302 Bus Passes coded 10 million 35(19) (219) 204 280 16/296 Curtis cell 711 on 17th opened 2016 25 million 84 819 600 38/4100 384 80/1960 129/11 58 10/24 810 2008 YMCA 501 600 1101 84 1185 35 (100) 484 theft code (195) 524 back of EBT Charles Cobb picture/Easton Bat E.B. White Emerald Bay 524/1334 5 1339 329 111 58 =169 ACA CA 31 131 - white trash look their theft LBPD 38338 58/33 (333) 813 Tampa DPSS 4th St LA 144 82/314 (1010) 564 524 40 inc. ramen sioe APE Am AA 30-201600 (400) 28/60 99/144 88 32=She (67) PM Chev 2015 Zach 8 on shirt 15 Taffy's age MC-025 restraining order Ron 47 20 EP AVE 1215 528/70 598 510 LBPD 18-38338 2,5 million 84 7111 Sea Breeze ph Compete 77 nt 111 2002/475 Det. Glover Toledo (PIP) PWD Insurance 1120/07 907 yr 22 42512 4/260 Euclid

30-2016 PLD-PI-001

| SHORT TITLE: OCTA | CASE NUMBER: 00849864 |
|---|---|

4. [ ] Plaintiff *(name):*
is doing business under the fictitious name *(specify):*

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. [ ] except defendant *(name):*
      (1) [ ] a business organization, form unknown
      (2) [ ] a corporation
      (3) [ ] an unincorporated entity *(describe):*
      (4) [ ] a public entity *(describe):*
      (5) [ ] other *(specify):*
   b. [ ] except defendant *(name):*
      (1) [ ] a business organization, form unknown
      (2) [ ] a corporation
      (3) [ ] an unincorporated entity *(describe):*
      (4) [ ] a public entity *(describe):*
      (5) [ ] other *(specify):*
   c. [ ] except defendant *(name):*
      (1) [ ] a business organization, form unknown
      (2) [ ] a corporation
      (3) [ ] an unincorporated entity *(describe):*
      (4) [ ] a public entity *(describe):*
      (5) [ ] other *(specify):*
   d. [ ] except defendant *(name):*
      (1) [ ] a business organization, form unknown
      (2) [ ] a corporation
      (3) [ ] an unincorporated entity *(describe):*
      (4) [ ] a public entity *(describe):*
      (5) [ ] other *(specify):*

[ ] Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. [ ] Doe defendants *(specify Doe numbers):* ________________ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. [ ] Doe defendants *(specify Doe numbers):* ________________ are persons whose capacities are unknown to plaintiff.

7. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. [ ] at least one defendant now resides in its jurisdictional area.
   b. [ ] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. [ ] injury to person or damage to personal property occurred in its jurisdictional area.
   d. [ ] other *(specify):*

9. [ ] Plaintiff is required to comply with a claims statute, and
   a. [ ] has complied with applicable claims statutes, or
   b. [ ] is excused from complying because *(specify):*

30-2016 PLD-PI-001

| SHORT TITLE: OCTA | CASE NUMBER: 00849864 |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. [ ] Motor Vehicle
   b. [✓] General Negligence
   c. [ ] Intentional Tort
   d. [ ] Products Liability
   e. [ ] Premises Liability
   f. [ ] Other *(specify)*:

General 62
Negligence 81
143 Kevin Roppel
23
14 Kidnapped 323
123/43
6 7

11. Plaintiff has suffered
   a. [ ] wage loss
   b. [ ] loss of use of property
   c. [✓] hospital and medical expenses
   d. [ ] general damage
   e. [ ] property damage
   f. [ ] loss of earning capacity
   g. [ ] other damage *(specify)*:

67 age social security
267 ph. J-town

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12.
   b. [ ] as follows:

14
MR N
Vons OCTA pass receipt
Medical Records #

13. The relief sought in this complaint is within the jurisdiction of this court.

Seeking OCTA to repay the state of California for medical bills and to accept their share of the responsibility for my injury.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [ ] compensatory damages
      (2) [ ] punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) [ ] according to proof
      (2) [✓] in the amount of: $ 1040.00

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: 4/27/2016

Stacey M. Harp
(TYPE OR PRINT NAME)

Stacey M Harp
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

Seeking OCTA to repay the state of California for my injury on bus route 50. The amount of my medical bills can be submitted to MediCal. I accept responsibility for being asleep but they need to reimburse the state of California for their obligation.



AFFILIATED AGENCIES

Orange County Transit District

Local Transportation Authority

Service Authority for Freeway Emergencies

Consolidated Transportation Service Agency

Congestion Management Agency

Service Authority for Abandoned Vehicles

December 07, 2015

7/21/12 6 3 012 68 Easter 018 301 HB 7-11 OC Case 153 454 /4/20 Easter /49

Stacey Harp
PO BOX 6141
Anaheim, CA 92816

11/30 labs read Dr. Caceres 1130 La Palma 49 (204) 411/4 (74)

Subject: Date of Loss: 11/15/15
OCTA File #: 16-01196-1

10 484 theft code 23 in 98 401 / 601 Boeke Nov./Dec 2024 FS to remove over 194 (4) ABS (EAD) LA/Louisville Social Security (SR) Food 4 Less Nissan Plate 40119 6-1 (1961) 75/77 (152)

Dear Ms. Harp:

This letter will serve to acknowledge the receipt of your Claim for Damage, as well as provide you with our position regarding responsibility in this matter.

112 Rou (Though) 164 TH28 Hogan (Family) 43

A thorough investigation was conducted which included a review of the interior bus video, as well as a review of all documentation related to the incident. After careful consideration of all of the information received, we have concluded that the Orange County Transportation Authority (OCTA) is not responsible for the injuries you sustained. Our investigation revealed that the bus was in motion traveling on the onramp of the 22 Freeway and did not brake or hit any road damage when you fell from your seat into the seat across the bus aisle from you. Additionally per the bus video, it appears that you could have been sleeping at the time of your fall from your seat. By failing to take precaution while a passenger in a moving bus, you assumed the risk of injury.

Claim First Premier Bill FPB 642/800 942 BB Zachary's birth cert.

23 Few, Fay EW 15 Freeway Insurance FI 69 > 7 Forehead 02 Injury 1020 Euclid Seafood City ESC(ape)

Darley Eugene Newby Y=25

As such, we respectfully deny this claim.

His age 25 my age 2 sexual violation Onramp nap /kidnap /94 11

Thank you for your attention to this matter.

At ten @2 (10) 8 Hi (att) 58 en Hi @ 10 89 15 (591) Taffy's age Zach 8 on Shirt 27 Jeff EBT Jef/Feb/T20 13 7 Bad socials stolen

Bus 42 Aisle 46 88 BA 21/3 48/92

Sincerely,

Regie Peaslee
Sr. Claims Representative, Risk Management

4/21 mBA (SS)

Glasser, Dumbass

www.Inter-State.com

231 Taffy license

40 81 41

115/116 Civil Pull (1) = 1151 /161 Child Support (401) 115-1/40 (441)

OCTA

# RISK MANAGEMENT

**Request Form**

**Date:** 11/16/15

**Claimant:** Stacey Harp

**File Number:** 16-01196-1 (4-01196-1)

**Date of Loss:** 11/15/15

Our office is handling the referenced claim/loss. It will expedite the claim/loss handling if you will promptly complete the item (s) checked below.

1. ✓ Please complete the attached **Claim for Damage** and return it to this office.
2. ~~Please complete the attached **Claimant's Report of Accident** and return~~ it to this office.
3. ____ Please submit two (2) written repair estimates on your property.
4. ____ Please date and sign the attached release(s) where indicated, have your signature witness/notarized, and return to this office.
5. ____ Please date and sign the attached **Medical Authorization** form and return it to this office so we may obtain Medical/Hospital records.
6. ____ Please sign and forward the attached **Medical Report** form to your attending physician/hospital.
7. ____ Please sign and forward the attached **Wage Loss Verification** form to your employer (or former employer).
8. ____ Please date and sign the attached **Employment Authorization** form and return to this office so we may obtain employment records.
9. ✓ Please complete date and sign the **Mandatory Medicare Reporting Compliance Form**.

111 = 1/2 million their theft 2/22 leg operation

111 Taffy Harp

333 NH Ctr Missing + Exploited

444 Stress test results + (64) mill St. SB

Thank you for your cooperation.

Very truly yours,

Jennifer C.

Risk Management Department

70 Amazon
812 In area code

78 (120)

Enclosures

264 TAP money Orders

384 (582) = 198 Lincoln Citi Bank

250 + 2170 fall 4/21/25 (425) 60

320 Beach 17 + 233

Page 1 of

Fed Tax ID: 953527031

Statement Date: 01/25/1

87 Helen Harp

48 39 /9 Dad (879 staged social security)

133 100

COMMUNITY HOSPITAL LONG BEACH
1720 TERMINO AVENUE — 520 Building next to Biltmore
LONG BEACH, CA 90804
2801 Atlantic (?)

Patient Name: HARP, STACEY
Account Number: 70045088
MR - Vons Bus Pass Receipts MRN
Med Rec Number: 000321282 - 1015 (103)
Dates of Service: 11/15/15 to 11/15/1
Total Charges: 1,040.00

90 Cal Optima 1200 Euclid 7-11
804 Ellis Motel / 801 Chase PCH 7-11

DOS(S) ØØØ = 1 million 82 Zachary, Roppel, Brian Roe
OC Fire Gilbert
321 = D. Tree Corp. ph / Baytown Realty
ØØ13 / 3000 OC FBI ph

HARP, STACEY
PO BOX 6141 = 20 3/102 (8) 6
ANAHEIM, CA 92816-0141
FBI Lawsuit

212 Strongam robbery 17 = 229 199 (79) 229 Cypress PD ph
100 99 onboarding Minton supposed cell
Ration

This is an itemization of your hospital services.

207 J-town phones

| Service 81 Date 30 | Charge 42 Code 27 | CPT 39 Code 27 | Description (132) | Qty (62) | Total Amount |
|---|---|---|---|---|---|
| 111/half million (500) | (69) | (00) = 135 | | 829 329 GR | Feb. 2023 |

70/74 (634) Roppel Corporate (RC)

**MED/SURG SUPPLY-STERILE - Rev Code 0272** 134/500

| | | | | | |
|---|---|---|---|---|---|
| 11/15/15 | HC62202155 | | DERMABOND | * 1 | 150. |
| | MED/SURG SUPPLY-STERILE | | | TOTAL | 150. |

2201 Boeing 620/55 Civil 65/205 (15) DEA (RM - Palmer DT receipts) 518 Food 4 Less Bond ERA Realty

DC 63 Kaiser Penis 20/106 43

31545 - Cash 545 Euclid Chase DM / Bond 2(29)4 /5

**EMERGENCY ROOM - Rev Code 0450** 46

| | | | | | |
|---|---|---|---|---|---|
| 11/15/15 | HC25000019 | 99282 | ED LEVEL II - LIMITED | 1 | 642. |
| 11/15/15 | HC25000308 | | LAC REPAIR 2.6-7 5CM | 1 | 248. |
| | EMERGENCY ROOM | | | TOTAL | 890. |

/22 260 83 450 Villa Newport 99Ø magnolia w/Rialto (170) 50

De(orr) EW15 medical reinstatement form

- Rev Code tot (mom) 6522 Det. Casey Anthony Coot Zach's Nikes / Euclid ZNE 20145 25/614 (62) 300/942 Mission St. SF

95 Ms. Peaslee, The Serena, Chrysalis, Insult, Emergency TOTAL 1,040.

11/25 Dr. Caceres first appt. 60/30

91/45 Erectile Dysfunction
ED Level 56 II 99 onboarding 80 ransom kidnapped
9 Dad / 54 Health 1199 CHP Fondation 905 Chase

HC83 250K

32 She
212 Strongam robbery 20 (232) 7
514 (52)

11/15/15 Roppel cell

C (0) (0) Grocery Outlet

M13 Erectile Dysfunction



Fed Tax ID: 953527031

Statement Date: 01/25/1

Community Hospital Long Beach
1720 Termino Avenue
Long Beach, CA 90804

Patient Name: HARP, STACEY
Account Number: 70045088

Med Rec Number: 000321282
Dates of Service: 11/15/15 to 11/15/1
Total Charges: 1,040.00

HARP, STACEY
PO BOX 6141
ANAHEIM, CA 92816-0141

This is an itemization of your hospital services.

**SUMMARY OF CHARGES**

| | AMOUNT |
|---|---|
| MED/SURG SUPPLY-STERILE | 150.00 |
| EMERGENCY ROOM | 890.00 |
| | 1,040.00 |
| TOTAL | 1,040.( |

**PAYMENTS**

| POST DATE | | AMOUNT |
|---|---|---|
| 12/16/15 | CAL OPTIMA DIRECT | -77.79 |
| | TOTAL | -77.' |

**ADJUSTMENTS**

| POST DATE | | AMOUNT |
|---|---|---|
| 01/20/16 | CAL OPTIMA DIRECT | -962.21 |
| | TOTAL | -962.: |

Account Balance 0.



57 = Steal
150 Theft deception
93
OCTA Risk Management
315/90
3390
3320/70 Amazon
12 pages
Sewers
207/330
Suicide
714-560-5839
Chase/Grandpa's Heart Attack
CCP 416.60
608/605
1061
630
539
537
- 2
(88) Trump Thieves Etc.
Cramer Letter
Judicial Officer Corey S. Cramin
ERIN (Colliau?) Davenport?
Clerk C. Ramos - SR Nissan Food 4 Less
Bailiff S. New
SN $1,50 passes
303 DA San Bernardino
Bank of America
Date 11/29/2016
Dept: C03
27 Jeff, EBT
9 - 112 Kamala Harris, Brian Wayne
11 - 920 Southeast Christian
Volvo Plate Cedar
4 - 16 digit EBT 4+020=16
Tiburon address 8?
24
4/20 Easter
10.48 = 68
Easter
Lewis
Hammond
Derrick
15 Taffy's age 328 Beach
328 social services phone
153 Senior Living
600/928
28 Bank, Mack, AIR
Camm supposed murders
DEA employee
$, 68 ¢ Oatmeal Cookies (OC)
Oatmeal Cookies = 125 Zachary Harp
Changed occupancy Brookhurst
Change Dollar Tree prices

POS-040

ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO:
NAME: Stacey M. Harp
FIRM NAME:
STREET ADDRESS: PO Box 335
CITY: Seal Beach, CA STATE: CA ZIP CODE: 90740
TELEPHONE NO.: FAX NO.:
E-MAIL ADDRESS: staceyharp@yahoo.com
ATTORNEY FOR (name):

FOR COURT USE ONLY

30-2016

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 700 W. Civic Center Dr. Ste B120
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, CA. 92701
BRANCH NAME:

Plaintiff/Petitioner: Stacey M. Harp
Defendant/Respondent: OCTA

CASE NUMBER: 00849864

JUDICIAL OFFICER: 45 LMPD \ Joe Biden 2010

DEPARTMENT: 008 2018/2006 (14) 2

2/22 leg operation

**PROOF OF SERVICE—CIVIL**

**Check method of service *(only one)*:**

☐ By Personal Service ☐ By Mail ☐ By Overnight Delivery
☐ By Messenger Service ☒ By Fax

***Do not use this form to show service of a summons and complaint or for electronic service. See USE OF THIS FORM on page 3.***

1. At the time of service I was over 18 years of age **and not a party to this action.**
2. My residence or business address is:

3. ☐ The fax number from which I served the documents is *(complete if service was by fax)*:

4. On *(date)*: I served the following **documents** *(specify)*:

☐ The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
   a. Name of person served:
   b. ☐ *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*
   Business or residential address where person was served:
   c. ☒ *(Complete if service was by fax.)* , 605 LA Compton , Sheriff ph 540/710 (407) 510 - 103 , 200 (847 Bner)
   (1) Fax number where person was served: , 547 (100K their million theft 647 Sheriff ph.)
   714-560-5839 (Bus stop 539 driver facilitation OCTA #33 Pepper Spray)
   (2) Time of service: 1339 storage/1 mil/339 Pontrich cell 8 for money Eugene Newby
   ☐ The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)). 16 digit EBT/40 food (440)
   CPS vs child protective services

6. The documents were served by the following means *(specify)*:
   a. ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
POS-040 [Rev. January 1, 2016]

PROOF OF SERVICE—CIVIL
(Proof of Service)

Code of Civil Procedure, §§ 1011, 1013, 1013a, 2015.5; Cal. Rules of Court, rule 2.306
www.courts.ca.gov

**FW-001** **Request to Waive Court Fees**

**CONFIDENTIAL**

*Clerk stamps date here when form is filed.*

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

MAY 04 2016

ALAN CARLSON, Clerk of the Court

*Fill in court name and street address:*

Superior Court of California, County of Orange
700 West Civic Center
Santa Ana, CA

204 (234)

*Fill in case number and name:*

**Case Number:** 30-2016 00849864

**Case Name:** OCTA / Medical Bills

If you are getting public benefits, are a low-income person, or do not have enough income to pay for your household's basic needs and your court fees, you may use this form to ask the court to waive your court fees. The court may order you to answer questions about your finances. If the court waives the fees, you may still have to pay later if:

- You cannot give the court proof of your eligibility,
- Your financial situation improves during this case, or
- You settle your civil case for $10,000 or more. The trial court that waives your fees will have a lien on any such settlement in the amount of the waived fees and costs. The court may also charge you any collection costs.

(1) **Your Information** *(person asking the court to waive the fees):*
Name: Stacey Harp
Street or mailing address: PO BOX 335
City: Seal Beach State: CA Zip: 90740
Phone number: ________

(2) **Your Job,** if you have one *(job title):* ________
Name of employer: ________
Employer's address: ________

(3) **Your Lawyer,** if you have one *(name, firm or affiliation, address, phone number, and State Bar number):* ________

a. The lawyer has agreed to advance all or a portion of your fees or costs *(check one):* Yes ☐ No ☐
b. *(If yes, your lawyer must sign here)* Lawyer's signature: ________
*If your lawyer is not providing legal-aid type services based on your low income, you may have to go to a hearing to explain why you are asking the court to waive the fees.*

(4) **What court's fees or costs are you asking to be waived?**
☑ Superior Court (See *Information Sheet on Waiver of Superior Court Fees and Costs* (form FW-001-INFO).)
☐ Supreme Court, Court of Appeal, or Appellate Division of Superior Court (See *Information Sheet on Waiver of Appellate Court Fees* (form APP-015/FW-015-INFO).)

(5) **Why are you asking the court to waive your court fees?**
a. ☒ I receive *(check all that apply; see form FW-001-INFO for definitions):* ☒ Food Stamps ☐ Supp. Sec. Inc. ☐ SSP ☒ Medi-Cal ☐ County Relief/Gen. Assist. ☐ IHSS ☐ CalWORKS or Tribal TANF ☐ CAPI
b. ☐ My gross monthly household income (before deductions for taxes) is not more than the amount listed below. *(If you check 5b, you must fill out 7, 8, and 9 on page 2 of this form.)*

| Family Size | Family Income | Family Size | Family Income | Family Size | Family Income | *If more than 6 people at home, add $433.34 for each extra person.* |
|---|---|---|---|---|---|---|
| 1 | $1,237.50 | 3 | $2,100.00 | 5 | $2,962.50 | |
| 2 | $1,668.75 | 4 | $2,531.25 | 6 | $3,393.75 | |

c. ☐ I do not have enough income to pay for my household's basic needs *and* the court fees. I ask the court to: *(check one and you must fill out page 2):*
☐ waive all court fees and costs ☐ waive some of the court fees
☐ let me make payments over time

(6) ☐ Check here if you asked the court to waive your court fees for this case in the last six months. *(If your previous request is reasonably available, please attach it to this form and check here:)* ☐

**I declare under penalty of perjury under the laws of the State of California that the information I have provided on this form and all attachments is true and correct.**

126 Westview, Steven Conrad, Ben Wimsatt, Megan Terry

* Date: 4/21/2016 (401) 212/6

4/21/25 Stacey Harp $2 million their theft ▶ Stacey Harp

*Print your name here* *Sign here*

OCTA Fall 2170

Judicial Council of California, www.courts.ca.gov
Revised March 1, 2016, Mandatory Form
Government Code, § 68633
Cal. Rules of Court, rules 3.51, 8.26, and 8.818

**Request to Waive Court Fees**

FW-001, Page 1 of 2

– Angel Realty 646 (620) 20

6/23 due date w/Zachary

5million their theft
3100 Helmsdale
3 Elm Ct.
100/97

SUM-100
53

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

MAY 04 2016

ALAN CARLSON, Clerk of the Court (180)
49 2133 77

**NOTICE TO DEFENDANT:** OCTA
***(AVISO AL DEMANDADO):***

**YOU ARE BEING SUED BY PLAINTIFF:** Stacey M. Harp
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

***¡AVISO!*** *Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

30-2016 (284) 29

The name and address of the court is: Superior Court
*(El nombre y dirección de la corte es):* 700 W. Civic Ctr, 901 (27)
Santa Ana, CA 92701

CASE NUMBER: *(Número del Caso):* 00849864

48 005/64 (444)

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Stacey Harp
PO Box 335
Seal Beach, CA 90740

AC 4# 13 **ALAN CARLSON** (CA 31/RL 612/Son 48)

DATE: *(Fecha)* MAY 04 2016 504(2016)204=300 Clerk, by *(Secretario)* S. [signature], Deputy *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL] Sea 12
L Beach 39/51
135/291
131 (30) 529 ID theft code

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☐ on behalf of *(specify)*: FLDL# Coldwell Banker Seal Beach 73
610 Nat'l Ctr Case after 30 Co. Code
Scans OC Library (Player "defunct")

under: ☐ CCP 416.10 (corporation) 620 BP zip
☐ CCP 416.20 (defunct corporation) 144
☐ CCP 416.40 (association or partnership)
☐ other *(specify)*: 217 = Defunct 7 43 Corporation
☐ CCP 416.60 (minor) 660 Newport zip
☐ CCP 416.70 (conservatee) 41 SBPD
☐ CCP 416.90 (authorized person) Rick Jimi Zack mom
Minor 69

4. ☐ by personal delivery on *(date)*: DC/OCTA lawsuit 445/416.60